Matter of Attorneys in Violation of Judiciary Law § 468-a (Uda) (2020 NY Slip Op 00207)

Matter of Attorneys in Violation of Judiciary Law 468-a (Uda)

2020 NY Slip Op 00207

Decided on January 9, 2020

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 9, 2020

PM-09-20

[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Makoto Uda, Respondent. (Attorney Registration No. 5050240.)

Calendar Date: December 9, 2019

Before: Garry, P.J., Egan Jr., Aarons, Pritzker and Colangelo, JJ., concur.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.
Makoto Uda, Yokohama City, Japan, respondent pro se.

Motion by respondent for an order reinstating him to the practice of law following his suspension by May 2019 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706 [2019]; see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to October 9, 2019, and the responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department dated December 6, 2019, and having determined, by clear and convincing evidence, that (1) respondent has complied with the order of suspension and the Rules of this Court, (2) respondent has the requisite character and fitness to practice law, and (3) it would be in the public interest to reinstate respondent to the practice of law (see Matter of Attorneys in Violation of Judiciary Law § 468-a [Stonner], 175 AD3d 799 [2019]; Matter of Attorneys in Violation of Judiciary Law § 468-a [Dorsett], 174 AD3d 1219 [2019]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effectively immediately.
Garry, P.J., Egan Jr., Aarons, Pritzker and Colangelo, JJ., concur.